#60573

FILED
2010 MAR 31 PM 2:19

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-65329 |
| | ) | |
| WEAVER, RALPH | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE KENDIG |
| DEBTOR | ) | |
| | ) | |

## TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's:

**Check No. 118**, in the amount $4.72 for Claim No. 10, Verizon North Inc. representing the total of the dividend less than five (5) dollars in connection with the above-captioned case, is submitted with this report.

**Check No. 111**, in the amount $.33 for Claim No. 3, Twin City Hospital representing the total of the dividend less than five (5) dollars in connection with the above-captioned case, is submitted with this report

**Check No. 112**, in the amount $2.99 for Claim No. 4, Sugarcreek Heating and Air Conditioning representing the total

of the dividend less than five (5) dollars in connection with

the above-captioned case, is submitted with this report

Respectfully submitted,

*/s/ Anne Piero Silagy*

Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

# DIVIDENDS REMITTED TO THE COURT

Case Number 04-65329 - WEAVER, RALPH HENRY JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Twin City Hosp<br>819 N 1st St<br>Dennison OH 44621-1098 | 000003 | 5.68 | 0.33 |
| Sugarcreek Heating and Air Cond<br>PO Box 455<br>Sugarcreek OH 44681 | 000004 | 52.32 | 2.99 |
| Verizon North Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | 000010 | 82.40 | 4.72 |
| ---------- Remittance Total ---------- | | 140.40 | 8.04 |

*[signature]*

Anne Piero Silagy, Esq., Trustee